UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHARLES WADE, III, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　) <br>　　v. 　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　) <br>Sheriff DAVID LAIN, Individually and )<br>in his Official Capacity as Porter County )<br>Sheriff, *et al.*, 　　　　　　　　)<br>　　　　Defendants. )　 | Cause No.: 2:11-CV-454-JVB-PRC |

## OPINION AND ORDER

This matter is before the Court on a Motion to Compel and Extend Discovery [DE 86], filed by Plaintiff on May 30, 2014. No response has been filed, and the time to do so has passed. Plaintiff represents that interrogatories he served on Defendants Lane, Widup, and Cavanaugh on September 16, 2013, have gone unanswered. Plaintiff asks that Defendants be compelled to respond to these interrogatories and that the discovery deadline be extended.

Finding the matter well taken, the Court **GRANTS in part** and **DENIES as moot in part** the Motion to Compel and Extend Discovery [DE 86]. The Court grants the motion insofar as it seeks an order compelling Defendants Lane, Widup, and Cavanaugh to serve their responses to Plaintiff's interrogatories and accordingly **ORDERS** those Defendants to serve Plaintiff with their responses by August 6, 2014. The Court denies the motion as moot insofar as it seeks an extension of the discovery deadline since the deadline was extended to August 29, 2014, in a June 16, 2014, minute entry.

SO ORDERED this 23rd day of July, 2014.

　　　　　　　　　　　　　　　　　　s/ Paul R. Cherry
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE PAUL R. CHERRY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

cc:　　All counsel of record